IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| XBRANCH LLC<br>　　　　Plaintiff, | )<br>)<br>) C.A. No. 2:15-cv-1897-JRG-RSP |
| v. | )<br>) **LEAD CASE** |
| AMAZON.COM, INC. and<br>AMAZON.COM LLC<br>　　　　Defendants. | )<br>)<br>) |
| XBRANCH LLC<br>　　　　Plaintiff, | )<br>)<br>) C.A. No. 2:15-cv-1906-JRG-RSP |
| v. | )<br>) |
| WAL-MART STORES, INC.<br>　　　　Defendant. | )<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Motion for Dismissal With Prejudice of all claims asserted between plaintiff XBranch LLC and defendant Wal-Mart Stores, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by and between XBranch LLC and defendant Wal-Mart Stores, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 19th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE